UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 JUL 22  AM 10: 04

SOUTHERN DIST.
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> RHONDALYN CORNETT, ) <br> ) <br> Defendant. ) | CAUSE NO. <br><br> 1:19-cr-0249 TWP-DML |

## INFORMATION

The United States Attorney charges that:

Count One
(Wire Fraud)
(Title 18, United States Code, Section 1343)

Background

1. The Indianapolis Education Association ("IEA") is a public employee union and the collective bargaining unit of the teachers for Indianapolis Public Schools ("IPS"). It is a division of the Indiana State Teachers Association ("ISTA"), which is itself subordinate to the National Educators Association ("NEA"). The IEA has approximately 800 members and represents approximately 2,200 teachers as a collective bargaining agent. IEA is located in Indianapolis, IN, which is within the Southern District of Indiana.

2. IPS educators who are members of IEA pay $832 annually to ISTA and the NEA in union dues. These dues are collected by the IEA, which receives a portion of the dues back from ISTA as part of its annual operating revenue. IEA collects approximately $100,000 annually in union dues.

3.   Defendant RHONDALYN CORNETT was the President of IEA from October 25, 2013 until she resigned on November 8, 2018. While President, CORNETT had effective control of the finances of IEA and stood in a fiduciary relationship with IEA and its members.

## Scheme and Artifice

4.   CORNETT devised and executed a scheme or artifice to defraud, and obtain money by false or fraudulent pretenses, in that CORNETT would embezzle IEA funds to her own benefit. CORNETT would mask her embezzlement in multiple ways. CORNETT affirmatively misrepresented the actual financial state of IEA to fellow officers and members in board meetings. CORNETT would also blame low funds on dwindling membership when pressed by other officers or members. CORNETT, in violation of the bylaws of IEA's constitution served as the Secretary/Treasurer for IEA, never established a Finance Committee, never presented an annual financial statement distributed to members, and never created an annual budget. CORNETT never disclosed her embezzlement.

5.   As part of the scheme and artifice, CORNET, which would write checks from the IEA account to herself. From 2014-2018, CORNETT wrote 25 checks to herself totaling $19,503.

6.   As further part of the scheme and artifice, CORNETT used her IEA bank debit account for cash withdrawals and personal expenses. From 2014-2018, CORNETT used the debit card 338 times to withdraw cash totaling $97,893. Of the $97,893, $63,960 was directly deposited into her personal checking account. Additionally, CORNETT paid for personal expenses with the debit card. From 2014-2018, CORNETT used the debit card 856 times for debit card transactions totaling $91,628, a number of said transactions being unauthorized embezzlements.

7. CORNETT would spend the embezzled IEA funds on personal expenses such as her mortgage, automobile, and multiple shopping trips to stores such as Catherine's.

8. In total, CORNETT embezzled in excess of $100,000.

9. In furtherance of the scheme and artifice, CORNETT, on or about April 5, 2017, CORNETT caused an interstate electronic signal to be sent from Indiana to Texas. All of which is in violation of Title 18, United States Code, Section 1343.

JOSH J. MINKLER
United States Attorney

STATE OF INDIANA ) 
) SS: 
COUNTY OF MARION )

Bradley P. Shepard, being first duly sworn, upon Select his/her oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

Bradley P. Shepard
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 19 day of July, 2019.

Jessica Erin Retzlaff
Notary Public

My Commission Expires:

May 10, 2023

My County of Residence:

Vigo